U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 3 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:16-00180-01 |
| -vs- | JUDGE MINALDI |
| HELEN J. NELSON (01) | MAGISTRATE JUDGE KAY |

## O R D E R

On request of Judge Patricia Minaldi, this case is reassigned to Judge Donald E. Walter.

SIGNED on this 3rd day of January, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT